# In the United States Court of Federal Claims

No. 20-1602

Filed: March 24, 2021

---

**OBSIDIAN SOLUTIONS GROUP, LLC,**

    *Plaintiff*,

v.

**UNITED STATES,**

    *Defendant*.

---

### ORDER

For the reasons provided in the memorandum opinion filed concurrently with this Order, the defendant's motion for judgment on the administrative record is **GRANTED** and the plaintiff's cross-motion for judgment on the administrative record is **DENIED**.

The parties shall meet and confer and file a joint status report proposing redactions to the memorandum opinion by **April 7, 2021** to allow the Court to file a public version of the opinion.

The Clerk is **DIRECTED** to enter judgment for the defendant. No costs are awarded.

It is so **ORDERED.**

s/ Richard A. Hertling
**Richard A. Hertling**
**Judge**